| AO-10 (w)<br>Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT**<br>Nomination Report | *Report required by the Ethics in<br>Government Act of 1978, as amended<br>(5 U.S.C. App. Sec. 101-111)* |

| 1. ̄son Reporting *(Last name, first, middle initial)*<br><br>Floyd, Henry F. | 2. Court or Organization<br><br>District Court-South Carolina | 3. Date of Report<br><br>05/16/2003 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge - nominee | 5. Report Type (check type)<br><br>X  Nomination,  Date  05/15/2003<br><br>___ Initial  ___ Annual  ___ Final | 6. Reporting Period<br>01/01/2002<br>to<br>04/22/2003 |
|---|---|---|

| 7. Chambers or Office Address<br><br>P. O. Box 1390<br><br>Pickens, SC  29671 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE *(No reportable positions.)* | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE *(No reportable agreements.)* | |
| 1  1992 | S.C. Judges and Solicitors Retirement System |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| [ ] NONE *(No reportable non-investment income.)* | | |
| 1  2001 | S.C. Judicial Dept. salary | 122,000.00 |
| 2  2002 | S.C.Judicial Dept. salary | 119,000.00 |
| 3  05/01/03 | S.C. Judicial Dept. salary | 45,161.00 |
| 2002/03 | School District of Pickens County salary | |

22(d)

## . REIMBURSEMENTS — transportation, lodging, food, entertainment.

*cludes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| NONE (No such reportable reimbursements.) | | |
| | EXEMPT | |

## GIFTS

*cludes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| NONE (No such reportable gifts.) | | | |
| | | EXEMPT | |

## . LIABILITIES

*ludes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| NONE (No reportable liabilities.) | | | |
| | Cornerstone National Bank | unsecured credit line | K |
| | Peoples National Bank | unsecured note | J |

L CODES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

22(e)

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>scription of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Southern Company common stock | A | Dividend | J | T | EXEMPT | | | | |
| 2 Prudential 20/20 Fund | A | Dividend | J | T | EXEMPT | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

22(f)

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $ 31000.00 | Notes payable to banks-secured | $ 14000.00 |
| U.S. Government securities–add schedule | None | Notes payable to banks-unsecured | $ 34500.00 |
| Listed securities-add schedule | $ 6380.00 | Notes payable to relatives | -0- |
| Unlisted securities--add schedule | $ 2600.00 | Notes payable to others | -0- |
| Accounts and notes receivable: | | Accounts and bills due | $ 14425.00 |
| Due from relatives and friends | $ 4700.00 | Unpaid income tax | -0- |
| Due from others | -0- | Other unpaid income and interest | -0- |
| Doubtful | -0- | Real estate mortgages payable-add schedule | $ 232500.00 |
| Real estate owned-add schedule | $ 677000.00 | Chattel mortgages and other liens payable | -0- |
| Real estate mortgages receivable | -0- | Other debts-itemize: | -0- |
| Autos and other personal property | $ 75000.00 | | |
| Cash value-life insurance | $ 13000.00 | | |
| Other assets itemize: | | | |
| net retirement (joint) | $ 200000.00 | | |
| | | | |
| | | Total liabilities | $ 295425.00 |
| | | Net Worth | $ 714255.00 |
| Total Assets | $1009680.00 | Total liabilities and net worth | $1009680.00 |
| CONTINGENT LIABILITIES | none | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | | Are any assets pledged? (Add schedule) | No, other than stated above |
| On leases or contracts | | Are you defendant in any suits or legal actions? | Yes, see Pt IV. Confidential #10 |
| Legal Claims | | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | | | |
| Other special debt | | | |

22(a)

# REAL ESTATE SCHEDULE

| Description | Titled | Date | Present Value |
|---|---|---|---|
| Residence, Pickens County, S.C. | HFF/EHF | 1980 | $315,000 |
| Development Lot, Pickens County, S.C. | HFF | 1970's | $ 32,000 |
| Farm, Pickens County, S.C. | HFF 1/4 interest | 1970's | $200,000± |
| 12.2 acres Greenville County, S.C. | EHF | 1999 | $130,000 |
| **TOTAL** | | | $677,000.00 |

22(b)